1 | John H. Barkley, Bar No. 275100
john@barkleylawgroup.com
2 | BARKLEY LAW GROUP, INC.
4275 Executive Square, Suite 200
3 | La Jolla, CA 92037-1476
Telephone:  858.344.1501
4 | Fax No.:      619.924.6886

**(JS-6 Admin)**

5 | Attorney for Plaintiff BUCHANAN IRISH

6

7 | Bradley E. Schwan, Bar No. 246457
bschwan@littler.com
8 | LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
9 | Los Angeles, California 90067.3107
Telephone:  310.553.0308
10 | Fax No.:      310.553.5583

11 | Brittany L. McCarthy, Bar No. 285947
blmccarthy@littler.com
12 | Warsame Y. Hassan, Bar No. 330018
wyhassan@littler.com
13 | LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
14 | San Diego, California 92101.3577
Telephone:  619.232.0441
15 | Fax No.:      619.232.4302

16 | Attorneys for Defendants
HOMEGOODS, INC.
17 | and MARGARET SEELBINDER

18 | UNITED STATES DISTRICT COURT

19 | CENTRAL DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| BUCHANAN IRISH, an individual, | Case No.  5:22-cv-00004-JWH-KKx |
| Plaintiff, | **ORDER** |
| v. | Dist. Judge:   John W. Holcomb<br>Ctrm.:            2 |
| HOMEGOODS, INC., a Delaware Corporation, and MARGARET SEELBINDER, an individual, | Mag. Judge:   Kenly Kiya Kato<br>Ctrm.:            3 or 4, 3rd Floor |
| Defendants. | Complaint filed:  December 1, 2021 |

LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100

JOINT MOTION TO STAY CASE PENDING
RESOLUTION IN ARBITRATION; ORDER

1.

CASE NO. 5:22-CV-00004-JWH-KK

1       Pursuant to the Parties' stipulation, it is hereby ORDERED as follows:

2       1.    The Joint Motion is **GRANTED**.

3       2.    This matter is **STAYED** pending resolution of arbitration.

4       3.    All dates currently set are hereby **VACATED**.

5       4.    The Parties are **DIRECTED** to advise the Court within 5 days of any

6   settlement or resolution of claims by award rendered by the Arbitrator so the Court

7   may dismiss this action.

8       5.    The Clerk is **DIRECTED** to close this case administratively.

9       **IT IS SO ORDERED.**

10

11  Dated: February 4, 2022

                         HON. JOHN W. HOLCOMB

12                           U.S. DISTRICT JUDGE

13  4859-5857-4345.2 / 053070-1340

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100

JOINT MOTION TO STAY CASE PENDING
RESOLUTION IN ARBITRATION; ORDER    2.    CASE NO. 5:22-CV-00004-JWH-KK